DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MAYA KARWANDE (CABN 295554)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7256
    FAX: (415) 436-7234
    Maya.Karwande@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY DANIEL RAYBOULD, <br><br> Defendant. | CASE NO. 20-mj-71198-MAG <br><br> [PROPOSED] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant TIMOTHY DANIEL RAYBOULD, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: 9/8/2020                        _____
                                                           Hon. Joseph C. Spero
                                                           Chief United States Magistrate Judge

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: **DONALD M. O'KEEFE, United States Marshal for the Northern District of California and Mendocino County Jail, 951 Low Gap Rd, Ukiah, CA 95482 and /or any of his authorized deputies**:

Pursuant to the foregoing petition and order, you are directed to produce the body of TIMOTHY DANIEL RAYBOULD, who is in the custody of Mendocino County Jail, before the Honorable Joseph C. Spero, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Ave., 15th Floor, San Francisco, California 94102, on September 25, 2020, at 10:30 AM, or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release TIMOTHY DANIEL RAYBOULD from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: 9/10/2020

SUSAN Y. SOONG
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


W. Noble
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 20-mj-71198-MAG